## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

| | | |
|---|---|---|
| EMONI JONES, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: _____ |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES EAST, LP, | : | |
| WALMART, INC., and | : | |
| WAL-MART ASSOCIATES, INC. | : | |
| | : | |
| Defendants. | : | |

### PLAINTIFF'S FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to S.D. Ga. L.R. 7.1.1, Plaintiff hereby submits this statement disclosing all persons known to have a financial interest in, or another interest which could be substantially affected by, the outcome of the above-captioned case:

<u>Name</u>

Emoni Jones

Lawson, Reid & Dean, LLC

Richard Lawson

Kimberly Reid

Douglas Dean

Wal-Mart Stores East, LP

Walmart, Inc.

Walmart Stores, Inc.

Wal-Mart Associates, Inc.

Respectfully submitted this 6th day of February 2023.

                        LAWSON, REID & DEAN, LLC

                By:   /s/ Douglas Harris Dean
                      Georgia Bar No. 130988
                      Attorney for Plaintiff Emoni Jones
                      601 E. 14th Avenue (31015)
                      P.O. Box 5005
                      Cordele, GA 31010
                      (229) 271-9323  Office
                      (229) 271-9324  Facsimile
                      *douglas.dean@lawsonreidlaw.com*